NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PATRICK RIVERS, )
)
      Appellant, )
)
v. ) Case No. 2D19-1983
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed November 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Samantha
Ward, Judge.


PER CURIAM.

      Affirmed.  See § 775.082(9)(a)(1)(g), (9)(a)(1)(p), Fla. Stat. (2014);

McDonald v. State, 957 So. 2d 605 (Fla. 2007); Knight v. State, 808 So. 2d 210 (Fla.

2002); State v. Roby, 246 So. 2d 566 (Fla. 1971); Young v. State, 54 So. 3d 1022 (Fla.

2d DCA 2011); Hillman v. State, 410 So. 2d 180 (Fla. 2d DCA 1982); Woodberry v.

State, 193 So. 3d 5 (Fla. 4th DCA 2016); Brown v. State, 97 So. 3d 960 (Fla. 4th DCA

2012); Lopez v. State, 833 So. 2d 283 (Fla. 5th DCA 2002).


VILLANTI, LUCAS, and SALARIO, JJ., Concur.